# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTHA JEAN SCHULTZ,** | **Case No.: 13-CV-0167 YGR** |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| **CAROLYN W. COLVIN,** *Acting Commissioner of Social Security*, | |
| **Defendant.** | |

The issues in this action having been duly considered, and the Court having granted Plaintiff's Motion for Summary Judgment (Dkt. No. 23), judgment is hereby entered in favor of Plaintiff. Pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Court hereby **REVERSES** the decision of Defendant Acting Commissioner of Social Security to deny Plaintiff Martha Jean Schultz's application of April 26, 2011, for Supplemental Security Income disability benefits**.**

This case is hereby **REMANDED** to the Social Security Administration for calculation and payment of benefits.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

Date: March  6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**